■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH E. ALEKSANDROWICZ, Appellant. [748 NYS2d 116] —Appeal from a judgment of Cattaraugus County Court (Himelein, J.), entered August 6, 2001, convicting defendant upon his plea of guilty of grand larceny in the third degree (two counts).

It is hereby ordered that the judgment so appealed from be

and the same hereby is unanimously affirmed (*see People v McCorkle*, 298 AD2d 848). Present—Pine, J.P., Hurlbutt, Kehoe, Gorski and Lawton, JJ.